

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00211-CV

Nancy L. **TANKERSLEY** and Charlie R. Tankersley,
Appellants

v.

**TRIPLE I. RANCHES**, A Texas Partnership,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13940
Honorable Spencer W. Brown, Judge Presiding

# O R D E R

On October 16, 2018, this court rendered an order abating this appeal because appellants were debtors in a bankruptcy proceeding pending in the United States Bankruptcy Court for the Western District of Texas, Austin Division, case number 18-11027. *See* TEX. R. APP. P. 8.1. In that order, we advised the parties to immediately notify this Court once the automatice bankruptcy stay was lifted. On December 21, 2018, appellants filed an order from the bankruptcy court that dismissed the bankruptcy proceeding, thereby lifting any prior stay. We construe the filing of the bankruptcy court's order of dismissal as a motion to reinstate the appeal.

Rule 8.3(a) requires, for reinstatement of an appeal previously abated due to bankruptcy, a *certified* copy of the order lifting or otherwise terminating the bankrupty stay. *See id.* R. 8.3(a). The bankruptcy court order filed by appellants is not certified. We therefore **DENY** the motion to reinstate. Appellants can seek reinstatement of the appeal by filing a motion to reinstate with a certified copy of the bankruptcy court's order of dismissal attached.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.



KEITH E. HOTTLE,